UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

PACER Cover Sheet
for Electronically Filed Documents

Any data shown here are current as of 06/10/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Geraldine T. Saiz-TenBrink

**Case Number:** 05-15660

## Document Information

**Description:** Order Denying [5-1] Chapter 13 Plan .

**Received on:** 2006-05-08 14:46:43.000

**Date Filed:** 2006-05-08 00:00:00.000

**Date Entered On Docket:** 2006-05-08 00:00:00.000

## Filer Information

**Submitted By:** Patti Hennessy

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: GERALDINE SAIZ-TENBRINK,            No. 13-05-15660 MA

    Debtor.

## ORDER DENYING CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

IN ACCORDANCE with the Court's Memorandum filed herewith,

IT IS HEREBY ORDERED, that confirmation of Debtor's chapter 13 plan of reorganization is DENIED.

                               MARK B. McFEELEY
                               United States Bankruptcy Judge

I certify that on the date shown on the attached document verification, a true and correct copy of the foregoing was either electronically transmitted, faxed, delivered or mailed to the listed counsel and/or parties.

Steven E. Sessions  
Attorney for Debtor  
122 10th Street NW  
Albuquerque, NM 87102  

Kelley L. Skehen  
Chapter 13 Trustee  
625 Silver SW, Suite 350  
Albuquerque, NM 87102  

Laurence P. Guggino, Jr.  
Attorney for LLMA  
PO Box 2430  
Los Lunas, NM 87031  

James C. Jacobsen  
Attorney for New Mexico Taxation and Revenue  
111 Lomas Blvd. NW, Suite 300  
Albuquerque, NM 87102  

Allan L. Wainwright  
Attorney for Ford Motor Credit  
920 Lomas NW  
Albuquerque, NM 87102  

Office of the United States Trustee  
PO Box 608  
Albuquerque, NM 87103  

                               Patti G. Hennessy
                               Law Clerk (505) 348-2545